PS 8
(Rev. 2/2013)

# United States District Court
## For The
## District of North Dakota

Petition for Action on Conditions of Pretrial Release

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Docket No.: 0868 1:19CR00017-1 |
| | ) | |
| Taylor J. Myrick | ) | |

COMES NOW, Allison M. Gehringer, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Taylor J Myrick who was placed under pretrial release supervision by the Honorable Charles S. Miller Jr., Magistrate Judge, sitting in the Court at Bismarck, on February 20, 2019, under the following conditions:

1. The defendant must not violate federal, state, tribal, or local law while on release.

2. The defendant shall appear in court as required and surrender for any sentence imposed.

3. The defendant shall report to the Pretrial Services Office at such times and in such manner as designated by the supervising officer.

4. Defendant shall refrain from: any use of alcohol or any use/possession of a narcotic drug and other controlled substances as defined in 21 U.S.C. 802 or state statute, unless prescribed by a licensed medical practitioner, and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive result.

5. Defendant shall submit her person, residence, vehicle, and/or possessions to a search conducted by the Pretrial Services Officer at the request of officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject o searches pursuant to this condition.

6. Defendant shall not possess a firearm, destructive device or other dangerous weapon.

*On April 30, 2019, a petition for warrant detailing four violations was filed. On May 10, 2019, the defendant was ordered detained. On May 24, 2019, an additional release order detailing the following conditions was issued:*

PS 8
(Rev. 2/2013)
Myrick, Taylor
0868 1:19CR00017

7. Upon her release, defendant shall immediately travel to Tucson, Arizona, and report the Amity's Circle Tree Ranch treatment program. Upon her arrival, she shall contact Pretrial Services Officer Baily Kruger at (701) 530-2414. She shall reside at the Program's treatment facility, fully participate in its inpatient treatment program, and comply with all rules and regulations imposed by its program and/or its employees, and the facility where she is residing.

8. Defendant shall sign all release of information requested by the Pretrial Services Officer so that her progress and participation in treatment may be monitored.

9. At least four days before completion of, or upon termination from the inpatient treatment program, defendant shall contact the Pretrial Services Officer to discuss her living arrangements.

10. Upon her discharge from the treatment program, defendant shall reside at a residence approved by the Pretrial Services officer and not change this residence without permission from the Pretrial Services officer. If the Pretrial Services Officer determines that defendant needs a placement in a residential facility, defendant shall voluntarily report to the designated facility, comply with the facilities rules and regulations, and participate in all recommended programming. If the Pretrial Services Officer does not approve of defendant's proposed residence and determined that either the residential facility lacks space for defendant or that a placement is inappropriate, defendant shall report to the United States Marshal's Office in Bismarck with the understanding she will be detained pending further order of the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1) Upon her first week at Amity treatment facility in Arizona, the defendant consumed prescription Gabapentin with another female resident. This is in violation of her release conditions.

2) On July 16, 2019, the defendant consumed alcohol in the community instead of attending a medical appointment. This is in violation of her release conditions.

3) On July 17, 2019, the defendant consumed alcohol with two male residents. This is in violation of her release conditions.

4) On August 24, 2019, the defendant consumed alcohol while on a community pass with a family member. This is in violation of her release conditions.

5) On September 1, 2019, the defendant left the treatment facility and consumed alcohol with two female residents. This is in violation of her release conditions.

6) On September 21, 2019, the defendant consumed alcohol with residents at Amity treatment

PS 8
(Rev. 2/2013)
Myrick, Taylor
0868 1:19CR00017

facility. The defendant was later found unresponsive due to her excessive alcohol intake and was transported to the hospital for medical attention. This is in violation of her release conditions.

7) Due to the defendant's high-risk behavior and lack of motivation to change, Amity treatment facility is terminating the defendant's placement. This is in violation of her release conditions.

PRAYING THAT THE COURT WILL ORDER: It is respectfully recommended that a warrant be issued for the arrest of Ms. Taylor Myrick and hearings to be held to determine if she has violated the conditions of her release.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

/s/ Allison M. Gehringer         09/25/2019
U.S. Pretrial Services Officer
Place: Minot


THE COURT ORDERS: The Issuance of a Warrant/Matter Sealed Pending Arrest.

Considered and ordered this 25 day of September, 2019, and ordered filed and made a part of the record in the above case.

Clare R. Hochhalter.
U.S. Magistrate Judge